IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIR GREGORY P. JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-438-N-BW |
| | § | |
| DCHD d/b/a PARKLAND HEALTH, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**SO ORDERED** this 23rd day of June, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE